FOUR TIMES SQUARE

24TH FLOOR

NEW YORK 10036-6522

(212) 735-3000

DIRECT DIAL
(212) 735-3486
DIRECT FAX
(917) 777-3486

October 16, 2009

BY FIRST-CLASS MAIL

Lloyd Somer, Esq.
330 Seventh Ave
15th Floor
New York, NY 10001-5010

                RE:    Padilla v. Manlapaz, et al., 07-CV-4866

Dear Mr. Somer:

        Pursuant to Judge Reyes, Jr.'s Order, enclosed are the following documents: (i) Plaintiff's Notice of Motion for an Award of Attorneys' Fees and Costs and Prejudgment Interest; (ii) Plaintiff's Memorandum of Law in Support of Plaintiff's Application for an Award of Attorneys' Fees and Costs and Prejudgment Interest; (iii) Affirmation of S. Caroline Johnson in Support of Motion for Attorney's Fees, with Exhibit; (iv) Declaration of David Colodny, with Exhibit; (v) Affirmation of Mark Cheffo in Support of Plaintiff's Application for an Award of Attorneys' Fees and Costs, with Exhibits; (vi) Affirmation of Jordan Mann in Support of Plaintiff's Application for an Award of Attorneys' Fees and Costs; and (vii) Affirmation of Limor Robinson in Support of Plaintiff's Application for an Award of Attorneys' Fees and Costs.

Lloyd Somer, Esq.
October 16, 2009
Page 2

      Pursuant to Judge Reyes, Jr.'s Individual Practice Rules, we are forwarding a copy of the cover letter only to chambers at this time. Please do not hesitate to contact us if you have any questions or comments with respect to the enclosed.

      Sincerely,

      Limor Robinson

Enclosures

cc:   Judge Ramon E. Reyes, Jr.
      David Colodny, Esq.