November 3, 2009

**VIA FACSIMILE TRANSMISSION: (718) 613-2125**
Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, New York 11201

    Re: Padilla v. Manlapaz, et al.
       07-CV- 4866 (DLI) (RER)

Dear Magistrate Judge Reyes, Jr.:

  As the Court is aware, this office represents the defendants with regard to the above referenced matter. At the present time the defendants' opposition papers to the plaintiff's attorney fee request is due on November 6, 2009. Request is hereby made for a one (1) week extension of time until November 13, 2009 in order to file the opposition papers. This request is due to prior litigation commitments which necessitates the asking for this one (1) week extension of time. I have contacted David Colodny, counsel for the plaintiff, and he has consented to this one (1) additional week with the understanding that the plaintiff will also be given one (1) additional week in order to respond to my papers.

  This is the initial time that a request has been made for an extension of time with regard to filing opposition papers to the application by the plaintiff for attorney's fees.

  Thank you for your consideration of this request.

               Very truly yours,

               LLOYD SOMER

LS:th
cc: David A. Colodny, Esq. (via facsimile transmission) (212) 533-4598